**NOT FOR PUBLICATION**

FEB 26 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DON SUSIL P. WIJESINGHE, | No. 06-73446 |
| Petitioner, | Agency No. A070-632-552 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 [**]

Before:    FERNANDEZ, GOULD, M. SMITH, Circuit Judges.

Don Susil P. Wijesinghe, a native and citizen of Sri Lanka, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

KY/Research

dismiss in part the petition for review.

In his opening brief, Wijesinghe fails to challenge the BIA's order denying his motion to reconsider. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's January 4, 2006, order because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

Wijesinghe's motion to stay proceedings is denied.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**